<div style="margin-left:2em">Paine*<br>vs.<br>Ely, etc.</div>

cess (or, indeed, any proceeding at law) in his favor, must see that it be regular, at his peril.

There must therefore be

JUDGMENT *for the Plaintiff.*

---

## OLIVER.

Dec. adjourned term, 1789.

### *vs.*

### CHAMBERLAIN, *Sheriff.*

Oliver
vs.
Chamberlain.

Escape on *mesne* process, for suffering one Gile, arrested at the suit of Oliver, to go at large. On *not guilty*, it appearing that Gile had absconded and was insolvent, the jury found for the plaintiff his whole debt in damages.

Before the Court rendered judgment, they directed the plaintiff to enter into a rule, that the defendant, Chamberlain, should have the benefit of the judgment,

2. Ld. Raym., 1411, Powel vs. Hord.

which had been obtained against Gile, the defendant indemnifying the plaintiff from cost, which was done accordingly, and judgment was rendered for the plaintiff for the whole of his debt.